IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD A. FABIANO, JR,<br><br>          Plaintiff,<br><br>     v.<br><br>CHRIST MOVERS, LLC,<br><br>          Defendant. | CIVIL ACTION<br>NO. 2:24-cv-00842 |

# **ORDER**

**AND NOW**, this 2nd day of October 2024, upon consideration of Defendant's Motion to Dismiss (Doc. No. 7) and Plaintiff's Response in Opposition (Doc. No. 8), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 7) is **DENIED**. Defendant shall file an Answer to the Complaint by October 16, 2024.

BY THE COURT:


  /s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.